In the Matter of the Application of the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW YORK for a Determination as to the Manner in Which Eliot Avenue, in the Borough of Queens, Shall Be Carried Across the Right of Way of the New York Connecting Railroad Company. THE CITY OF NEW YORK, Appellant; THE TRANSIT COMMISSION OF THE STATE OF NEW YORK and THE NEW YORK CONNECTING RAILROAD COMPANY, Respondents.— Order of the transit commission

dismissing the application of the board of estimate and apportionment of the city of New York for a determination as to the manner of carrying Eliot avenue, in the borough of Queens, across the right of way of the New York Connecting Railroad Company, and order denying the application for a rehearing unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.